UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RABJI YAJID,                                                          07 CV 7079 (KPC)(DE)

        Plaintiff,

  -against-

THE LONG ISLAND RAILROAD COMPANY,

        Defendant.
-----------------------------------------------------------X

## AFFIDAVIT OF SERVICE

1. I am over the age of eighteen and am not a party to this lawsuit.

2. I reside in New York, New York.

3. I make this Affidavit of Service pursuant to the FRCP.

4. On August 13, 2007, I mailed by United States Mail, First Class, Postage Pre-paid, together with two copies of a statement of service by mail and acknowledgment of receipt in the form prescribed by the FRCP together with a return envelope postage pre-paid addressed to the sender a copy of the annexed Summons and Verified Complaint to:

The Long Island Railroad Company
Jamaica Station
Jamaica, New York 11435
Attn: Legal Department

                                                            Laurie A. Hockman

Sworn to before me this 13th day of August, 2007.

_____
Notary Public

                                                FREDRIC M. GOLD
                                     Notary Public, State of New York
                                        No. 02 305044894
                                     Qualified in Nassau County
                                     Commission Expires June 5, 2009