LAW OFFICES
# SABLE & GOLD
A PROFESSIONAL CORPORATION
(212) 244-2740

JESSE C. SABLE, P.C.
FREDRIC M. GOLD

THERESA MAHLSTADT

LAURIE HOCKMAN
LEGAL ASSISTANT

450 SEVENTH AVENUE
NEW YORK, N.Y. 10123
FAX (212) 244-2258

EDWIN CAMACHO
L. KEVIN SHERIDAN
OF COUNSEL

## MEMO ENDORSED

June 3, 2008

Honorable Magistrate Judge Douglas Eaton
U.S. District Court
Southern District of New York
500 Pearl St.
New York, N.Y. 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08

Re: Yajid v. The LIRR
07 Civ 7079 (DFE)

Dear Judge Eaton:

As your docket will indicate, discovery was to be completed and a Joint Pre Trial to have been filed on or before June 27, 2008.

Although the parties have worked to complete discovery, we have not yet done so. After conferring this past week with Sean Constable, Esq., attorney for the defendant, we are now asking for an extension of sixty (60) days with which to complete any outstanding discovery and at that point file the Joint Pre Trial Order and documents.

There have been no prior requests for the within requested relief and defendant of course joins in this request.

Wherefore it is respectfully requested that the time to complete discovery be extended sixty (60) days and that the filing date for the Joint Pre Trial Order be extended to August 29, 2008.

Your consideration of this request is most appreciated by the parties.

Respectfully,

FREDRIC M. GOLD
cc: Sean Constable, Esq.

6/9/08 - I grant this request.
Douglas F. Eaton

## MEMO ENDORSED

USDC SDNY
DATE SCANNED 6/9/08