Jamaica Station
Jamaica, NY 11435-4380

Helena E. Williams
President

C. Dennis McGrath
Acting Vice President - General Counsel & Secretary

Writer's Direct Dial: (718) 558-7760
Email: spconst@lirr.org



August 26, 2008

**By ECF**

Hon. Douglas F. Eaton
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: *Yajid v. Long Island Rail Road Company*
            07-CV-7079 (DFE)

Dear Judge Eaton:

    We are writing with plaintiff's counsel permission to respectfully request a 30 day extension for filing of the Joint Pre-Trial order which is currently due on August 29, 2008. The Court previously granted the parties' joint request for an extension of the initial discovery schedule.

    My wife recently gave birth and I will be out of the office through the Labor Day holiday. I have a trial one week after my return to the office and respectfully request an additional 30 days to complete the Joint Pre-Trial Order.

    The parties thank the Court for its consideration of this request.

                                                            Respectfully submitted,

                                                            *Sean P. Constable*

                                                            Sean P. Constable
                                                           General Attorney

cc:    Frederic M. Gold, Esq.

MTA Long Island Rail Road is an agency of the Metropolitan Transportation Authority, State of New York
H. Dale Hemerdinger, Chairman                                   Elliot G. Sander, Executive Director and CEO