Jamaica Station | Helena E. Williams | J. Dennis McGrath
Jamaica, NY 11435-4380 | President | Acting Vice President - General Counsel & Secretary

Writer's Direct Dial: (718) 558-7760
Email: spconst@lirr.org

**MTA Long Island Rail Road**

RECEIVED AUG 27 2008 CHAMBERS OF DOUGLAS F EATON U.S.M.J.

**MEMO ENDORSED**

August 26, 2008

**By ECF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/08

Hon. Douglas F. Eaton
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Yajid v. Long Island Rail Road Company
07-CV-7079 (DFE)
*This is an ECF case*

Dear Judge Eaton:

We are writing with plaintiff's counsel permission to respectfully request a 30 day extension for filing of the Joint Pre-Trial order which is currently due on August 29, 2008. The Court previously granted the parties' joint request for an extension of the initial discovery schedule.

My wife recently gave birth and I will be out of the office through the Labor Day holiday. I have a trial one week after my return to the office and respectfully request an additional 30 days to complete the Joint Pre-Trial Order.

The parties thank the Court for its consideration of this request.

*9/4/08 - Plaintiff must serve his sections of the Joint Pre-Trial Order by 9/15/08. Defendants must serve its sections by 9/22/08. The parties must file the Joint Pre-Trial Order by 9/29/08, along with three proposed Tuesdays when the parties would be prepared to commence jury selection and proceed directly to testimony.*
*Douglas F. Eaton*

Respectfully submitted,

Sean P. Constable
Sean P. Constable
General Attorney

cc: Frederic M. Gold, Esq.

**MEMO ENDORSED**

MTA Long Island Rail Road is an agency of the Metropolitan Transportation Authority, State of New York

H. Dale Hemerdinger, Chairman | Elliot G. Sander, Executive Director and CEO